EMERSON C. DELL, Respondent, *v.* ARTHUR A. FLETCHER et al., Appellants.

*Dell* v. *Fletcher*, 136 App. Div. ——, appeal dismissed.
(Argued January 3, 1910; decided January 11, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial

department, entered December 13, 1909, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the Erie County Court at a Trial Term without a jury in an action to foreclose a mechanic's lien.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact are supported by the evidence, that the exceptions were frivolous and presented no question of law for review.

*Percy S. Lansdowne* for motion.

*Charles Newton*, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.